TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00536-CV

Dennis Johnson et ux and Jerry Roznovak et ux, Appellants

v.

Williamson County, Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT

NO. 96-172-C26, HONORABLE WILLIAM S. LOTT, JUDGE PRESIDING 

PER CURIAM

 Appellants have filed an agreed motion requesting that we affirm the trial court
judgment, dismiss the appeal, and assess costs against the party incurring those costs. We grant
the motion and dismiss the appeal. (1) See Tex. R. App. P. 42.1(a)(1). Costs are to be taxed to the
party incurring those costs.

Before Chief Justice Aboussie, Justices Jones and B. A. Smith

Dismissed on Agreed Motion

Filed: December 3, 1998

Do Not Publish
1. Dismissing the appeal leaves the trial-court judgment in place.